**United States District Court**
**Middle District of Florida**
**Orlando Division**

**IN RE:**

**RECOTON CORPORATION**  Case no. 6:03-cv-734-Orl-28KRS
**SECURITIES LITIGATION**

_____

Consolidated case numbers:

| | | |
|---|---|---|
| 6:03-cv-836-ORL-28KRS | 6:03-cv-884-ORL-28KRS | 6:03-cv-946-ORL-28KRS |
| 6:03-cv-861-ORL-28KRS | 6:03-cv-862-ORL-28KRS | |

_____

### ORDER AND AMENDED NOTICE OF HEARING

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **AGREED MOTION TO RESCHEDULE MARCH 17, 2006 PRELIMINARY PRETRIAL CONFERENCE (Doc. No. 177)**
>
> **FILED:** March 3, 2006
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

**TAKE NOTICE** that a preliminary pretrial conference will be held before the undersigned on **TUESDAY**, **APRIL 4, 2006** at **10:00 A.M.** in Courtroom #5, George C. Young U.S. Courthouse and Federal Building, 80 North Hughey Avenue, Orlando, Florida. Lead counsel for the parties are required to attend the conference in person.

It is further **ORDERED** that counsel shall confer in person or by telephone on or before March 27, 2006, for the purpose of preparing a joint Case Management Report,

which joint Case Management Report shall be filed with the Court on or before March 31, 2006. If the parties are unable to agree on any of the dates required in the Case Management Report, they may provide alternative dates.

**DONE** and **ORDERED** in Orlando, Florida on March 3, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties