# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**IN RE:**

**RECOTON CORPORATION**             **CASE NO. 6:03-CV-734-ORL-28KRS**
**SECURITIES LITIGATION**

_____

**CONSOLIDATED CASE NUMBERS:**

| | | |
|---|---|---|
| 6:03-CV-836-ORL-28KRS | 6:03-CV-854-ORL-28KRS | 6:03-CV-861-ORL-28KRS |
| 6:03-CV-861-ORL-28KRS | 6:03-CV-862-ORL-28KRS | |

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **JOINT PROPOSED AGENDA FOR APRIL 27, 2006, DISCOVERY CONFERENCE (Doc. No. 189)**
>
> **FILED:**    April 24, 2006

At the discovery conference, I will not entertain argument on whether privileges have been asserted properly. These matters should be presented by motion.

**DONE** and **ORDERED** in Orlando, Florida on April 25, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties