**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**

**RECOTON CORPORATION**                 **CASE NO. 6:03-CV-734-ORL-28KRS**
**SECURITIES LITIGATION**

_____

**CONSOLIDATED CASE NUMBERS:**

| 6:03-CV-836-ORL-28KRS | 6:03-CV-884-ORL-28KRS | 6:03-CV-946-ORL-28KRS |
|---|---|---|
| 6:03-CV-861-ORL-28KRS | 6:03-CV-862-ORL-28KRS | |

## ORDER

This cause came on for consideration after a discovery conference held on April 27, 2006. It is **ORDERED** that counsel for the parties shall disclose in writing on or before October 1, 2006, the names and addresses of witnesses that each party has, in good faith, identified as likely trial witnesses. The parties are obligated to supplement these lists promptly as they identify other likely trial witnesses. Failure to comply with this Order may result in sanctions, including an order precluding reliance on a witness whose identity was not disclosed as required.

**DONE** and **ORDERED** in Orlando, Florida on April 28, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties