**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE:**

**RECOTON CORPORATION**
**SECURITIES LITIGATION**

Case No. 6:03-cv-734-Orl-28KRS

_____

Consolidated case numbers:

| | | |
|---|---|---|
| 6:03-cv-836-ORL-28KRS | 6:03-cv-884-ORL-28KRS | 6:03-cv-946-ORL-28KRS |
| 6:03-cv-861-ORL-28KRS | 6:03-cv-862-ORL-28KRS | |

_____

### ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR PROTECTIVE ORDER (Doc. No. 200)
>
> **FILED:** JUNE 2, 2006

Lead Plaintiff Glenn Costoff and proposed class representative Thomas Corkery need not respond to Defendant Arnold Kezsbom's Second Set of Interrogatories to Plaintiffs pending resolution of the present motion. I will hear argument on the motion for protective order at the discovery conference scheduled for June 12, 2006. *See* Doc. No. 199. Responses to the motion for protective order shall be filed on or before June 9, 2006.

**DONE** and **ORDERED** in Orlando, Florida on June 5, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties