UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

RECOTON CORPORATION
SECURITIES LITIGATION
-vs-                                                    Case No.  6:03-cv-734-Orl-28KRS

CONSOLIDATED CASE NUMBERS:

6:03-CV-836-ORL-28KRS          6:03-CV-884-ORL-28KRS          6:03-CV-946-ORL-28KRS
6:03-CV-861-ORL-28KRS          6:03-CV-862-ORL-28KRS

## ORDER

This case is before the Court on Plaintiffs' Motion For Class Certification (Doc. No. 197) filed May 2, 2006.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of Defendants' Objections to the Report and Recommendation and Plaintiffs' Response thereto, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed October 20, 2006 (Doc. No. 233) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Plaintiffs' Motion For Class Certification is **GRANTED**.

3.    The Court certifies a plaintiff class consisting of all purchasers of the common stock of Recoton Corporation between November 15, 1999 and August 14, 2002, excluding the defendants and other individuals associated with Recoton, Kezbom or Borchardt as stated in the motion.

4.      The Court appoints Glenn Costoff and Thomas Corkery as representatives of the class.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 7th  day of December, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party